UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

    APPELLEE,

VS.                                             No. 14-4390

VENDAI LAPRIEST IRICK            No. 14-4397

 AND                                            No. 14-4407

RODNEY JERROLD DEVIN BYRD

And

DENZEL TIMOTHY RASHEEM SHIVERS

APPELLANTS.

### APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME FOR FILING OPENING BRIEF

  Come now appellants Irick, Byrd and Shivers, through undersigned counsel, and move to extend the time for filing their opening brief until on or before November 14, 2014, based upon the following:

1. This is an appeal made by codefendants that pleaded guilty to criminal conduct. The cases have been consolidated for appeal.
2. Appellants' reply brief is due on October 14, 2014.
3. Logistical problems have been encountered in our attempts to construct, draft and provide input for the drafting of appellants' opening brief. This is because we have three counsels with offices in different locations representing clients who are housed in different locations. This has prevented us from filing our opening brief within the time set.
4. We request until November 14, 2014 to do so.

5. Counsel has consulted with AUSA Kyle Pousson one of the lawyers representing the United States in this matter.   He has no objection to the granting of this request for extension.

6. This is the first request for extension.[1]

WHEREFORE, it is respectfully requested that this motion be granted and that the time for filing appellant's reply brief be extended until November 14, 2014.

    Respectfully Submitted

/s/ *Ferris R. Bond*
Ferris R. Bond
Bond & Norman, PLLC
777 6th St. NW #410
Washington, DC 20001
Tel:  202-682-4100
Fax: 202-207-1041
Email Ferrisbond@bondandnorman.com
Counsel for Appellant Vendai LaPriest Irick

/s/  *Milton Bays Shoaf*
Milton Bays Shoaf
315 N. Main St.
Salisbury, NC 28144
Tel:  704-637-6745
Fax: 704-637-9045
Email: bays@mbshoaf.net
Counsel for Appellant Denzel Timothy Rasheem Shivers

---

[1] Appellant Byrd sought and was granted a tolling of the Briefing schedule to allow him to order a necessary transcript,

2

*/s/ John J. Cacheris*
John J. Cacheris
 JC Law Center
301 S. McDowell St.
Suite 606
Charlotte, NC 28204
(704) 919-1155
Fax: (704) 358-0536
Email: John@jclawcenter.com
Counsel for Appellant Denzel Timothy Rasheem Shivers

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October, 2014, a copy of the foregoing was sent via electronic means to all parties in this action.

*/s/ Ferris R. Bond*
Ferris R. Bond